In the Matter of the Application of LAKE SECOR DEVELOPMENT CO., INC., Respondent, for the Allowance of a Certiorari Order Directed to BERNARD A. RUGE and Others, Constituting the Planning Board of the Town of Carmel in the County of Putnam, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of CLINTON F. WEST, Appellant, v. THOMAS O'DONNELL, as Executor, etc., of SYLVESTER HULSE, Deceased, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

EDNA KLYDE, Respondent, v. 400 LINCOLN PLACE CORPORATION and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

PATRICK J. MEE, Individually and as Executor, etc., of CATHERINE C. DEVINE, Also Known as CATHERINE DEVINE, Deceased, Respondent, v. ADEL HALL, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ANTONIO NAPOLEONE, Appellant, v. WILLIAM H. CLARK and JOHN T. CLARK, Individually and as Copartners, etc., Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL LAMPORT, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the January, 1932, term, and case ordered on the calendar for Monday, January 11, 1932. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

REALTY ASSOCIATES, INC., and Others, Respondents, v. ALLIED REALTY ASSOCIATES, INCORPORATED, and Another, Appellants.— Motion for stay denied. Present — Young, Kapper, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

LEONORE SALMON, Appellant, v. JACQUES SALMON, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

DAVID J. STEINBERG, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.